UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN SCOTT BELT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV708 CDP |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before me on the petition of Brian Scott Belt for a writ of habeas corpus under 28 U.S.C. § 2254. I referred this matter to United States Magistrate Judge Mary Ann L. Medler for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On May 7, 2007, Judge Medler filed her recommendation that the petition of Mr. Belt for a writ of habeas corpus be denied. The Petitioner has not filed any objections, and his time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Medler set forth in support of her Report and Recommendation of May 7, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the

Magistrate Judge [# 11] be adopted in its entirety, and the petition of Brian Scott Belt for a writ of habeas corpus [#4] be **DISMISSED** without further proceedings.

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued, as none of the grounds raised present issues on which reasonable jurists could differ.

A separate judgment will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2007.